FILED
CLERK, U.S. DISTRICT COURT
DEC - 4 2017
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY A RIDDLE, | Case No.: SACV 17-1229 E |
| Plaintiff, | /~~PROPOSED~~/ ORDER OF DISMISSAL |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: 12/4/17

_____
THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

Case 8:17-cv-01229-E

| | | |
|---|---|---|
| 1 | DATE: December 1, 2017 | Respectfully submitted, |
| 2 | | LAW OFFICES OF LAWRENCE D. ROHLFING |
| 3 | | BY: /s/ Young Cho |
| 4 | | Young Cho<br>Attorney for plaintiff Jeffrey A. Riddle |

-2-